**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------

IN RE DAVID GROSSMAN & ASSOCIATES PLLC

Petitioner

--------------------------------

EMERGENCY
ORDER TO SHOW CAUSE

Upon the of EMERGENCY Affirmation of David Grossman, Esq. and Affidavit of Eduardo F. Ojeda as the MANAGER / CIO of Dank Capital LLC, both dated November 6, 2023, and the annexed exhibits annexed hereto, and upon the copy of the petition hereto attached, seeking an Order for Declaratory Relief directing Petitioner law firm to deliver the contested funds in its IOLTA at Bank of America account xxx 9007 to Dank Capital LLC, free and clear of any claims, liens and encumbrances

it is ORDERED, that the Petitioner appear before this Court, at Room of the United States Courthouse located at 100 Federal Plaza, Central Islip, NY 11722 at o'clock in the _______noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 67 of the Federal Rules of Civil Procedure for

1. An Order directing that pending ultimate determination of the matter the funds should be held with (the attorney) / (the Court) for safe keeping.

and it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be served by overnight mail upon the below on or before ______________________________ and that such service be deemed good and sufficient: (1)United States Attorney for the Eastern District of New York at 271 Cadman Plaza E. Brooklyn, New York 11201; and (2) Riccardo M Zuppelli, Investigator,

Financial Crime Investigations, Compliance, HSBC US, 2929 Walden Ave, Depew, NY 14043

Dated:

______________________________
*United States District Judge*