**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------

IN RE DAVID GROSSMAN & ASSOCIATES PLLC

Petitioner

Affirmation
In Support of Emergency Order to Show Cause

--------------------------------

David Grossman an attorney authorized to practice law in New York affirms the following under the penalties of Perjury

1. This Affirmation is submitted in support of the within Emergency Order to Show Cause along with the annexed Affidavit of Dank Capital LLC and accompanying exhibits.
2. The undersigned engaged to act as escrow agent to process a few bitcoin transactions between a buyer and a seller. This was the first transaction.
3. Dank Capital LLC is the seller. The company engaged my firm because its usual attorney was going out of town.
4. Procedurally when there is a buyer the company secures the cryptocurrency from its supplier, the item is delivered and paid for. It is very simple.
5. In this case I was told there was a buyer and provided corporate details. Exhibit A.
6. Funds would be paid from the buyer's attorney Patrick Kearnan in Washington DC from his escrow at Bank of America to my IOLTA account at Bank of America and then to be delivered to Seller in several tranches. At each step I was provided clear written instructions.

7. Each time attorney Kearnan delivered funds he certified and confirmed the funds were clean and free and of non-criminal origin.
8. In each tranche when the buyer requests bitcoins from Dank Capital, Dank Capital secures and obligates itself to others for the required coins.
9. The first tranche proceeded and approximately 65 coins were secured, sold and delivered through a cryptocurrency exchange called Coin Zoom located in Utah with payment delivered via the escrow at Bank of America in the approximate amount of $2.5 million dollars. This was about one week ago.
10. Immediately thereafter the parties agreed to proceed to a second tranche of 250 coins.
11. Notably each coin is valued at approximately $30,000, subject to market fluctuation.
12. The buyer, in breach of their purchase agreement relating to the second tranche, only sent $4.5 million rather then the full amount required.
13. Shortly after the funds were received a hold was placed upon the IOLTA account by the United States Secret Service.
14. Upon Information and belief this was done because HSBC claimed funds were stolen from HSBC somehow and at some unknown time. Exhibit B is an email purportedly from HSBC.
15. The history is unknown to Petitioner.
16. Petitioner requested a CIS for the buyer which it was provided by attorney Kearnan before the funds were delivered and Kearnan confirmed each time he

verified the source of funds were non-criminal and the funds were free and clear. Exhibit C collectively find two exemplars.

17. As a result Dank Capital LLC in detrimental reliance makes claim to the funds currently in the Petitioner's IOLTA.
18. The United States Secret Service makes claim to the funds as does apparently HSBC upon information and belief.
19. Bank of America confirmed there is a flag and alert upon the IOLTA account currently despite the fact no Court Order exists.
20. The Secret Service asserted if the firm moved the money it would be committing 'money laundering'. Exhibit D.
21. The cost of Bitcoins increases significantly daily and Dank Capital LLC is being damaged as a result.
22. There is a clear escrow agreement in place regarding the funds in the IOLTA which requires the Petitioner to deliver the funds to Dank Capital LLC.
23. The underlying Petition for Declaratory Relief is annexed at Exhibit E.
24. There has been no prior application for the relief sought herein before this or any court.

WHEREFORE, the Petitioner respectfully requests that this Court issue a declaratory judgment indicating and determining the rights and remedies of the Parties, and authorizing delivery of the IOLTA funds to Dank Capital LLC free and clear of any claim, liens and encumbrances.

Dated: West Islip, New York
November 6, 2023

David Grossman Esq
Kelly Grossman & Kerrigan PLLC
For Petitioner
1248 Montauk Highway
West Islip NY 11795
T 631-864-5585
C 631-459-9241
E dgrossman@kgkfirm.com