**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------

IN RE DAVID GROSSMAN & ASSOCIATES PLLC

Petitioner

-------------------------------

Affidavit
In Support of Emergency Order to Show Cause

Eduardo F. Ojeda being duly sworn deposes and says under the penalties of perjury as follows:

1. I am the MANAGER / CIO of Dank Capital LLC and submit this Affidavit in support of the Petitioner's Order to Show Cause.
2. It is our position the funds currently in the IOLTA should be released to Dank Capital pursuant to the agreement in place as damages and for breach of contract.
3. Pursuant to the agreements my company entered into financial obligations for purchase of bitcoins and the buyer has now failed to complete the transaction leaving my company at a loss of millions of dollars with exposure for millions more.
4. We entered into several written agreements for sale of Bitcoin, completed one and were in the middle of the second tranche when the funds became frozen, apparently by the United States Secret Service without any notice or Court Order.
5. Specifically in Transaction SK2023/PKHC/OCT and Transaction Number: "SK2023/PKHC/OCT" for Purchase Order: DGA/KAG/OCT2623/200, executed On October 27, 2023, we entered into an agreement wherein Kernan & Associates Group P*LLC*, represented by Attorney Patrick Kernan Esq, acting as the escrow agent on behalf of his client, presented us with a purchase order for 250 units of Bitcoin (BTC) digital currency.
6. The agreements are attached.
7. We acknowledged and accept this purchase order, with the sole purpose of facilitating the successful closure of the transaction.
8. In light of this, we made a firm commitment with our supplier to procure the specified quantity of Bitcoin (BTC).
9. We received email communications from individuals claiming to represent the government and banking institutions, without the presentation of any official court documents or authorizations. These messages include threats warning us not to access the funds. We are deeply concerned about these communications, as they create an atmosphere of intimidation and prejudice that could result in significant financial losses, potentially reaching millions of dollars.
10. The approximate value of the order amounts to $8,475,000.00 USD, and we are both fully committed and legally obligated to pay this amount to our supplier.
11. We have received a total of $6,724,000.00, have already supplied Bitcoins with a market value of $2,200,231.65, which is equivalent to 63.55 units based on current market prices and are obligated to pay for the remaining 250 coins.
12. There were multiple documents from the buy side confirming the funds and the buyer were all non0criminal clean funds. Quoting from Patrick Kernan Esq's invoice (Invoice No.: SP/102023/003, dated 31/10/2023):

**To: David Grossman Esq / Eduardo Ojeda.**
**Dear David,**
**I, Patrick Kernan Esq, on behalf of Kernan and Associates Law Group, under penalty of perjury, attest that the payment of $4,437,840.00 that were transferred**

to the Escrow account of Dr. David Grossman at BANK OF AMERICA, account No. 483051939077 Routing 021000322 by Transaction Nro.SP2023/DGAPKHC/OCT dated October 31 2023, from our Escrow Account at BANK OF AMERICA Nro.2260 0425 0326, Routing Number: 026009593 Account Name: DC IOLTA Trust Accounts Kernan and Associates to the Escrow account of Dr. David Grossman at BANK OF AMERICA, account No. 483051939077 Routing 021000322 by Transaction Nro.SP2023/DGAPKHC/OCT dated October 31 2023, from our Escrow Account at BANK OF AMERICA Nro.2260 0425 0326, Routing Number: 026009593 Account Name: DC IOLTA Trust Accounts Kernan and Associates

The first stage for purchase for $2,218,920.00 is paid. To be delivered ₿68.7276 received ₿63.550.

This second stage for purchase for $4,437,840 is paid. To be delivered ₿135.4573 received ₿ (TBA) All payments have been fully transferred to David Grossman Esq Escrow account as detailed in this letter and next transfer is based on Seller performance. The third tranche is planned to be for $7,600,107.00 approximately but depends market price at the moment of the transfer.
All installments must be delivered to the Kraken Escrow Wallet of Kernan and Associates Law Group Indicated as follows :( I have attached the invoice in Annex A for your reference.)
I would like to emphasize the attestation by Kernan & Associates Group PLLC. (under penalty of perjury, attest that the payment of $4,437,840.00 that were transferred to the Escrow account of Dr. David Grossman at BANK OF AMERICA, account No. 483051939077 Routing 021000322 by Transaction Nro.SP2023/DGAPKHC/OCT dated October 31 2023, from our Escrow Account at BANK OF AMERICA Nro.2260 0425 0326, Routing Number: 026009593 Account Name: DC IOLTA Trust Accounts Kernan and Associates Law Group, LLP are funds clean, clear and of non-criminal origin.

13. The buyer has now withdrawn from the transaction, and we are concerned about the investments we have made in this deal.
14. We acted in good faith and have done no wrong. The funds are rightfully ours at this time. It is not our fault what others have done in prior deals at prior times.

November 6, 2023

Respectfully Submitted

Eduardo F. Ojeda

Sworn to before me
This 6 day of November 2023

Notary Public

DAVID GROSSMAN
Notary Public, State of New York
Registration No. 02GR0002832
Qualified in Suffolk County
Commission Expires Mar. 16, 2027