## CLIENT INFORMATION SHEET

In accordance with Articles 2 through 5 of the due diligence conventions and the Federal Banking Commission Circular of December 1998, and under the US Patriot Act of 2002, as amended in February 2003 concerning the Prevention of Money Laundering and 305 of the Swiss Criminal Code. The following information may be supplied to banks and/or other financial institutions for purposes of verification of Identity and activities of the Client described below, and the nature and original of the funds which are to be utilized. The foregoing is subject to agreement by all parties to whom this client and all individuals described herein, as well as the generally accepted professional's standards relating to the maintenance of confidential information, and to take all appropriate precautions to protect the confidentiality of the information contained herein, this legal obligation shall remain in full force indefinitely without restriction.

1. Name of Company: PT. GPH INDONESIA KAPITAL
2. Client Name (Signatory): MOHAMMAD AKRAM BIN GHOWS MOHD
3. Passport No: K2038280N
4. Country of Residence: SINGAPORE
5. Passport Issue Date: OCTOBER 13, 2020
6. Passport Expiry Date: OCTOBER 13, 2025
7. Date of Birth (Place): MARCH 28, 1961 / SINGAPORE
8. Address: 135 EDGEDALE PLAINS #02-92, SINGAPORE 820135
9. Mobile Tel Number: + 62 8787 101 XXXX
10. Clients Email Address: ceogph@proton.me
11. Do you speak English/ Bahasa? YES
12. Business Name: PT. GPH INDONESIA KAPITAL
13. Business Address: E-Trade Building 2nd Floor, Jl. K. H. Wahid Hasyim No.55, Jakarta 10350, Indonesia
14. Years in Business: SINCE JUNE 2017
15. License Number: AH.01.11 TAHUN 2017.
16. Country / State of Incorporation: JAKARTA, INDONESIA
17. Bank Details: PT. BANK SINARMAS Full details to be provided

For and on behalf of
PT. GPH INDONESIA KAPITAL

PT. GPH INDONESIA KAPITAL GPH INDONESIA

Prepared by:
Mohammad Akram Bin Ghows Mohd Jakarta, Indonesia



THIS PASSPORT IS VALID FOR ALL COUNTRIES
EXCEPT THE FOLLOWING:

**PASSPORT** REPUBLIC OF SINGAPORE

Type: PA
Country Code: SGP
Passport No: K2038280N
Name: MOHAMMAD AKRAM BIN GHOWS MOHD
Sex: M
Nationality: SINGAPORE CITIZEN
Date of birth: 28 MAR 1961
Place of birth: SINGAPORE
Date of issue: 13 OCT 2020
Authority: MINISTRY OF HOME AFFAIRS
Date of expiry: 13 OCT 2025
Modifications: SEE PAGE 2
National ID No: S1494208D

PASGPMOHAMMAD<AKRAM<BIN<GHOWS<MOHD<<<<<<<<<<
K2038280N2SGP6103280M2510136S1494208D<<<<<78

**KEPUTUSAN MENTERI HUKUM DAN HAK ASASI MANUSIA REPUBLIK INDONESIA**
**NOMOR AHU-0032974.AH.01.01.TAHUN 2017**
**TENTANG**
**PENGESAHAN PENDIRIAN BADAN HUKUM PERSEROAN TERBATAS**
**PT GPH INDONESIA KAPITAL**

Menimbang : a Bahwa berdasarkan Permohonan Notaris SUWANDA, SH., M.KN , sesuai salinan Akta Nomor 40 Tanggal 27 Juni 2017 yang dibuat oleh SUWANDA, SH., M.KN tentang Pendirian Badan Hukum PT GPH INDONESIA KAPITAL tanggal 01 Agustus 2017 dengan Nomor Pendaftaran 4017080131100163 telah sesuai dengan persyaratan pengesahan Pendirian Badan Hukum Perseroan;

b Bahwa berdasarkan pertimbangan sebagaimana dimaksud dalam huruf a, perlu menetapkan keputusan Menteri Hukum dan Hak Asasi Manusia tentang Pengesahan Pendirian Badan Hukum PT GPH INDONESIA KAPITAL.

**M E M U T U S K A N :**

Menetapkan :

KESATU : Mengesahkan pendirian badan hukum - PT GPH INDONESIA KAPITAL - yang berkedudukan di KOTA ADMINISTRASI JAKARTA PUSAT karena telah sesuai dengan Data Format Isian Pendirian yang disimpan di dalam database Sistem Administrasi Badan Hukum sebagaimana salinan Akta Nomor 40 Tanggal 27 Juni 2017 yang dibuat oleh SUWANDA, SH., M.KN , yang berkedudukan di KABUPATEN BOGOR.

KEDUA : Modal dasar, modal yang ditempatkan dan modal disetor sebagaimana yang tercantum dalam akta yang disebut pada poin PERTAMA.

KETIGA : Jenis Perseroan UMUM.

KEEMPAT : Susunan Pemegang Saham, Dewan Komisaris dan Direksi *Terlampir*.

KELIMA : Keputusan ini berlaku sejak tanggal ditetapkan.
Apabila ternyata dikemudian hari terdapat kekeliruan maka akan diperbaiki sebagaimana mestinya dan/atau apabila terjadi kesalahan, keputusan ini akan dibatalkan atau dicabut.

Ditetapkan di Jakarta, Tanggal 02 Agustus 2017.

a.n. MENTERI HUKUM DAN HAK ASASI MANUSIA
REPUBLIK INDONESIA
DIREKTUR JENDERAL ADMINISTRASI HUKUM UMUM,

**DR. FREDDY HARRIS, SH, LL.M, ACCS.**

DICETAK PADA TANGGAL 02 Agustus 2017
**DAFTAR PERSEROAN NOMOR AHU-0094255.AH.01.11.TAHUN 2017 TANGGAL 02 Agustus 2017**

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of GPH ASIA PTE. LTD. (201626560H)

Date: 11 Aug 2023

| | | |
|---|---|---|
| Name of Company | : | GPH ASIA PTE. LTD. |
| Former Name if any | : | |
| Date of Change of Name | : | |
| UEN | : | 201626560H |
| Incorporation Date | : | 28 SEP 2016 |
| Company Type | : | EXEMPT PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 28 SEP 2016 |
| Registered Office Address | : | 135 EDGEDALE PLAINS<br>#02-92<br>SINGAPORE (820135) |
| Date of Address | : | 28 SEP 2016 |
| Date of Last AGM | : | |
| Date of Last AR | : | |
| FYE As At Date of Last AR | : | |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | WHOLESALE TRADE OF A VARIETY OF GOODS WITHOUT A DOMINANT PRODUCT(46900) |
| Primary User-Described Activity | : | |
| Secondary Activity | : | |
| Secondary User-Described Activity | : | |

**Verify Document Instantly**
Check if this document is issued by ACRA.
https://www.acratrustbar.gov.sg/verify/hHChMtPXVk

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of GPH ASIA PTE. LTD. (201626560H)

Date: 11 Aug 2023

## Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 100 | 100 | SINGAPORE, DOLLARS | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

## Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 100 | 100 | SINGAPORE, DOLLARS | ORDINARY |

## Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

## Audit Firm(s)

| Name |
|---|

## Charge(s)

| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |
|---|---|---|---|---|



**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/hHChMtPXVk

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of GPH ASIA PTE. LTD. (201626560H)

Date: 11 Aug 2023

## Officer(s)

| Name<br><br>Address | Identification Number | Nationality/ Citizenship | Position | Date of Appointment | Source of Address |
|---|---|---|---|---|---|
| MUHAMMAD FAISAL ALAM BIN MAHMOOD ALAM<br><br>135 EDGEDALE PLAINS<br>#02-92<br>SINGAPORE (820135) | S8523841H | SINGAPORE CITIZEN | DIRECTOR | 28 SEP 2016 | OSCARS |

## Shareholder(s)

| Name<br><br>Address | Identification Number | Nationality[2]/ Place of origin[3] | Number of Shares | Currency | Address Changed<br><br>Source of Address |
|---|---|---|---|---|---|
| MUHAMMAD FAISAL ALAM BIN MAHMOOD ALAM<br><br>135 EDGEDALE PLAINS<br>#02-92<br>SINGAPORE (820135) | S8523841H | SINGAPORE CITIZEN | 100 (ORDINARY) | SINGAPORE, DOLLARS | 22 OCT 2013<br><br>OSCARS |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/hHChMtPXVk

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of GPH ASIA PTE. LTD. (201626560H)

Date: 11 Aug 2023

## Abbreviation

| | | |
|---|---|---|
| UL | : | Local Entity not registered with ACRA |
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |
| OSCARS | : | One Stop Change of Address Reporting Service by Immigration & Checkpoint Authority. |

## Notes

1 All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2 Please check to ensure that this document is issued by ACRA by:
(a) scanning the verification QR code at the bottom of the page, or
(b) visiting the verification URL at the bottom of the page, or
(c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.



**Verify Document Instantly**
Check if this document is issued by ACRA.
https://www.acratrustbar.gov.sg/verify/hHChMtPXVk

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of GPH ASIA PTE. LTD. (201626560H)

Date: 11 Aug 2023

REGISTRAR OF COMPANIES & BUSINESS NAMES ACRA

TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO. : ACRA230811149075

DATE : 11 AUG 2023




**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/hHChMtPXVk