12:59

5 Messages

All Inboxes [External] Fraudule...

**From:** Riccardo M Zuppelli <riccardo.m.zuppelli@us.hsbc.com>
**Date:** Thursday, November 2, 2023 at 1:33 PM
**To:**
**Subject:** [External] Fraudulent Wires to COINZOOM via Treasury Prime

> You don't often get email from riccardo.m.zuppelli@us.hsbc.com. Learn why this is important

Greetings all,

Apologies for the unsolicited email.

I am an investigator for HSBC Bank and I wanted to alert you to fraudulent transactions which were sent to the COINZOOM via Treasury Prime.

These transactions originated from the Bank of America account of David Grossman and Associates in the last few days in the amounts of $500k, $500k and $1.718 million.

These transactions were funded using the proceeds of a fraud perpetrated against an HSBC victim and we are pursuing law enforcement seizure of the funds.

Please forward this information to whomever handles you internal compliance matters and ask them to contact me when they have a moment.

I can be reached at 716-335-6031.

Thank you for your time.

**Riccardo M Zuppelli**
Investigator | Financial Crime Investigations
Compliance | HSBC US
2929 Walden Ave, Depew, NY 14043

Mobile Phone 716-335-6031
Desk Phone 716-841-7223
Email riccardo.m.zuppelli@us.hsbc.com