Envelope ID: D337FE98-F6F2-4180-AAD0-3EACA82FCE81

Patrick B. Kernan
Attorney at Law
1629 K Street NW, Ste 300
Washington, DC 20006
(202) 759-9912
Admitted DC

KERNAN AND ASSOCIATES

# WALLETS CONFIRMATION LETTER

To: David Grossman Esq / Eduardo Ojeda.

# Invoice 1

Dear David,
This letter is a confirmation that we have received your satoshi test from of the wallet listed in the Joint Escrow Agreement (J.E.A.) signed on 27 October 2023, register with the HASH d7ecbd7af9d212407c5a6c036f5140f9efcf4ac3d890ee80462cf775476bcf8b, we have attached the screenshots of the reception as requested.

I, Patrick Kernan Esq, on behalf of Kernan and Associates Law Group, under penalty of perjury, attest that the payment of **$2,218,920.00** that were transferred to the Escrow account of **Dr. David Grossman** at BANK OF AMERICA, account No **[illegible]3051939077** Routing **021000322** by Transaction Nro. SP2023/DGAPKHC/OCT dated October 27 2023, from our Escrow Account at BANK OF AMERICA Nro. **2260 0425 0326**, Routing Number: **026009593** Account Name: **DC IOLTA Trust Account Kernan and Associates Law Group, LLC** are funds clean, clear and of non-criminal origin.
The First stage purchase is for **฿250.0000** (Two Hundred and Fifty Bitcoins). The first payment installment has been fully transferred to David Grossman Esq Escrow account as detailed in this letter and next transfer is based on Seller's performance. The following tranche is planned to be for **$6,205.080.00** approximately but depends market price at the moment of the transfer.
All installments must be delivered to the Kraken Escrow Wallet of Kernan and Associates Law Group indicated as follows:

| | |
|---|---|
| INVOICE NO.: SP/102023/002 | DATE 30/10/2023 |
| TRANSACTION NUMBER: | SK2023/DGAPKHC/OCT |
| PURCHASE ORDER: | DGA/KAG/OCT3023/200 |

| INSTALLMENT | ITEM TO DELIVER | PRICE REFERENCE | PAYMENT DETAILS / DELIVERY DETAILS | | |
|---|---|---|---|---|---|
| | | | Beneficiary | Percentage | Equivalent in BTC |
| $2,218,920.00 | Bitcoin (BTC) | $33,900/BTC | Buyer Main Wallet | 100.00% | Ƀ 65.4549 |
| | | | Buyer Net Discount | 4.00% | Ƀ 2.6182 |
| | | | Buyer Side Fees Wallet | 1.00% | Ƀ 0.6545 |

**ALL PAYMENTS TO THE FOLLOWING WALLET:**

3Mo9SX6yyaRCpZaHABxSLoubLW2W32yjVN

3Mo9S-2yjVN

| | | |
|---|---|---|
| Main Amount: | Ƀ 65.4549 | |
| Discount: | Ƀ 2.6182 | |
| Fees: | Ƀ 0.6545 | |

KRAKEN ESCROW WALLET OF KERNAN AND ASSOCIATES LAW GROUP
ALL PAYMENTS IN BITCOIN
QR CODES: VERIFIED ✓
ACTIVE WALLETS: VERIFIED ✓

Bitcoin transfer must be completed before 11:00 hrs on October 30, 2023

**All information in this letter has been thoroughly checked, verified and authenticated. Payments go directly to the Escrow Wallet of Kraken Escrow Wallet of Kernan and Associates Law Group.**

DocuSign Envelope ID: C3705903-216E-4DAC-84A9-983E3D1E38C4

Patrick B. Kernan
Attorney at Law
1629 K Street NW, Ste 300
Washington, DC 20006
(202) 759-9912
Admitted DC

KERNAN AND ASSOCIATES

## WALLETS CONFIRMATION LETTER

To: David Grossman Esq / Eduardo Ojeda.

# Invoice 2

Dear David,

I, Patrick Kernan Esq, on behalf of Kernan and Associates Law Group, under penalty of perjury, attest that the payment of **$4,437,840.00** that were transferred to the Es[illegible] of **Dr. David Grossman** at BANK OF AMERICA, Account No. **483051939077** Routing **021000322** by Transaction Nro. SP2023/DGAPKHC/O[illegible] dated <u>October 31 2023</u>, from our Escrow Account at BANK OF AMERICA Nro. **2260 0425 0326**, Routing Number: **026009593** Account Name: **DC IOLTA Trust Accounts Kernan and Associates Law Group, LLP** are funds clean, clear and of non-criminal origin.

The first stage for purchase for **$2,218,920.00** is paid. To be delivered ฿68.7276 received [illegible]3.550.

This second stage for purchase for **$4,437,840** is paid. To be delivered ฿135.4573 received ฿( TBA)

All payments have been fully transferred to David Grossman Esq Escrow account as detailed in this letter and next transfer is [illegible] Seller performance. The third tranche is planned to be for **$7,600,107.00** approximately but depends market price at the moment of the transfer.

All installments must be delivered to the Kraken Escrow Wallet of Kernan and Associates Law Group indicated as follows:

| | |
|---|---|
| INVOICE NO.: SP/102023/003 | DATE 31/10/2023 |
| TRANSACTION NUMBER: | SK2023/DGAPKHC/OCT |
| PURCHASE ORDER: | DGA/KAG/OCT3123/200 |

| INSTALLMENT | ITEM TO DELIVER | PRICE REFERENCE | PAYMENT DETAILS / DELIVERY DETAILS | | |
|---|---|---|---|---|---|
| | | | **Beneficiary** | **Percentage** | **Equivalent in BTC** |
| $4,437,840.00 | Bitcoin (BTC) | $34,400/BTC | Buyer Main Wallet | 100.00% | Ƀ 129.0070 |
| | | | Buyer Net Discount | 4.00% | Ƀ 5.1603 |
| | | | Buyer Side Fees Wallet | 1.00% | Ƀ 1.2901 |

**ALL PAYMENTS TO THE FOLLOWING WALLET:**

3Mo9SX6yyaRCpZaHABxSLoubLW2W32yjVN

3Mo9S-2yjVN

| | |
|---|---|
| Main Amount: | Ƀ 129.0070 |
| Discount: | Ƀ 5.1603 |
| Fees: | Ƀ 1.2901 |

KRAKEN ESCROW WALLET OF KERNAN AND ASSOCIATES LAW GROUP
ALL PAYMENTS IN BITCOIN
QR CODES: VERIFIED ✓
ACTIVE WALLETS: VERIFIED ✓

Bitcoin transfer must be completed before 14:00 hrs on October 31, 2023

**All information in this letter has been thoroughly checked, verified and authenticated. Payments go directly to the Escrow Wallet of Kraken Escrow Wallet of Kernan and Associates Law Group.**

| | | | |
|---|---|---|---|
| **Patrick Kernan Esq**<br>Kernan and Associates Law Group | **Friday, October 31, 2023**<br>10/31/2023 | DocuSigned by:<br>Patrick kernan Esq<br>7D38FC45F5C04C4... | *Signature* |
| **David Grossman Esq** | **Friday, October 31, 2023** | | *Signature* |
| **Eduardo Ojeda**<br>On behalf of DANK Group | **Friday, October 31, 2023**<br>10/31/2023 | DocuSigned by: | *Signa*[illegible] |