1:06 73

13 Messages
Back **Fraud Incident**

**From:** "ALAN OTTARSON (CID)" <xxxv>
**Date:** November 3, 2023 at 8:51:03 AM EDT
**To:** David Grossman <dgrossman@kgkfirm.com>
**Subject: Re: Fraud Incident**

You don't often get email from alan.ottarson@usss.dhs.gov.
Learn why this is important

Good morning,

Under no circumstance are you to send any funds to the individual with whom you are speaking. This would constitute money laundering as the origin of the funds was a fraudulent email sent by a bad actor to initial victim. I'll be speaking with Bank of America as soon as I can this morning, but please let me know if you have any questions. Thank you very much.

Alan

Alan Ottarson
Special Agent, US Secret Service
Criminal Investigative Division - GIOC
C: 202-748-
O: 202-406-