**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------

IN RE DAVID GROSSMAN & ASSOCIATES PLLC

Plaintiff

COMPLAINT FOR DECLARATORY JUDGMENT

--------------------------------

The action, seeks a Declaratory Judgment establishing the rights and remedies of the parties and respectfully alleges as follows:

1. That at all times mentioned herein Petitioner is a New York law firm with an IOLTA account at Bank of America.
2. Petitioner was retained by Dank Capital LLC to act as escrow agent for a commercial transaction which was to proceed in tranches.
3. Dank Capital entered into an agreement to sell bitcoins to a third party represented by Washington DC attorney Patrick Kearnan.
4. Each time attorney Kearnan delivered funds he certified and confirmed the funds clean and free and of non-criminal origin.
5. In each tranche when the buyer requests bitcoins from Dank Capital, Dank Capital secures and obligates itself to others for the required coins.
6. The first tranche proceeded and approximately 65 coins were secured, sold and delivered through a cryptocurrency exchange called Coin Zoom located in Utah with payment delivered via the escrow at Bank of America in the approximate amount of $2.5 million dollars. This was about one week ago.

7. Immediately thereafter the parties agreed to proceed to a second tranche of 250 coins.
8. Notably each coin is valued at approximately $30,000, subject to market fluctuation.
9. The buyer, in breach of purchase agreement relating to the second tranche, only sent $4.5 million rather then the full amount required.
10. Shortly after the funds were received a hold was placed upon the IOLTA account by the United States Secret Service.
11. Upon Information and belief this was done because HSBC claimed funds were stolen from HSBC somehow and at some unknown time.
12. The history is unknown to Petitioner.
13. Petitioner requested a CIS for the buyer which it was provided by attorney Kearnan before the funds were delievered and Kearnan confirmed each time he verified the source of funds were non-criminal and the funds were free and clear.
14. As a result Dank Capital LLC in detrimental reliance makes claim to the funds currently in the Petitioner's IOLTA.
15. The United States Secret Service makes claim to the funds as does apparently HSBC upon information and belief.
16. Bank of America confirmed there is a flag and alert upon the IOLTA account currently despit the fact no Court Order exists.
17. The Secret Service asserted if the firm moved the money it would be committing 'money laundering'.

18. The cost of Bitcoins increases significantly daily and Dank Capital LLC is being damaged as a result.

19. FEDERAL JURISDICTION exists as there are claims of federal money laundering, cybercrimes, hacking, interstate escrow (diversity jurisdiction) and the United States Secret Service is asserting authority over the accounts.

20. Contrarily there is a clear escrow agreement in place regarding the funds in the IOLTA which requires the Petitioner to deliver the funds to Dank Capital LLC.

WHEREFORE, the Petitioner respectfully requests that this Court issue a declaratory judgment indicating and determining the rights and remedies of the Parties, and authorizing delivery of the IOLTA funds to Dank Capital LLC free and clear of any claim, liens and encumbrances.

Dated: West Islip, New York
November 6, 2023

David Grossman Esq
Kelly Grossman & Kerrigan PLLC
For Plaintiff
1248 Montauk Highway
West Islip NY 11795
T 631-864-5585
C 631-459-9241
E dgrossman@kgkfirm.com