UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

---------------------------------------------------------------X

DAVID GROSSMAN & ASSOCIATES PLLC, and
DANK CAPITAL SAPI DE CV.

Plaintiffs

-v-

KERNAN AND ASSOCIATES LAW GROUP,

Defendant

---------------------------------------------------------------X

ORDER TO SHOW CAUSE

2:23-cv-08231-NJC-LGD

Upon the of Affirmation of David Grossman, Esq. and Affidavit of Eduardo F. Ojeda, the MANAGER / CIO of DANK CAPITAL SAPI DE CV., both dated November 12, 2023, and the annexed exhibits annexed hereto, and upon the copy of the Complaint hereto attached, it is ORDERED, that the parties and any objecting Respondents appear before this Court, at Room________________of the United States Courthouse located at 100 Federal Plaza, Central Islip, NY 11722 at_____________o'clock in the_______noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

1. directing delivery of the $4,500,000 currently in DAVID GROSSMAN & ASSOCIATES PLLC'S IOLTA account xxx9077 to Plaintiff DANK CAPITAL SAPI DE CV, free and clear of any encumbrances; and,
2. pending ultimate determination of the motion the currently restrained $4,500,000 at Plaintiff PLLC's IOLTA account xxx9077 should be:
   a. delivered to Plaintiff DANK CAPITAL SAPI DE CV upon the posting of a bond; or
   b. deposited with this Court pursuant to Rule 67 of the Federal Rules of Civil Procedure;
3. TEMPORARILY, AND UNTIL FURTHER ORDER OF THIS COURT, THE PARTIES AND RESPONDENTS SHALL MAINTAIN THE STATUS QUO AND NOT MOVE OR DIRECT OTHERS TO MOVE THE FUNDS IN PLAINTIFF DAVID GROSSMAN & ASSOCIATES IOLTA AT BANK OF AMERICA ACCOUNT XX9077; and,

4. it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be served by overnight mail upon the below on or before the _____ day of November, 2023 and that such service be deemed good and sufficient:

a. United States Attorney for the Eastern District of New York at 100 Federal Plaza, Central Islip, NY 11722;

b. Riccardo M Zuppelli, Investigator, Financial Crime Investigations, Compliance, HSBC US, 2929 Walden Ave, Depew, NY 14043; and

c. KERNAN AND ASSOCIATES LAW GROUP, attn Patrick B Kernan Esq, 1629 K street NW, Ste 300, Washington DC 20006.

Dated:

___________________________

United States District Judge