# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of New York

**David Grossman & Associates PLLC, et al**

Plaintiff(s),

vs.

**Kernan and Associates Law Group**

Defendant(s).

Attorney: David Grossman, Esq.

Kelly Grossman & Kerrigan PLLC
1248 Montauk Hwy
West Islip NY 11795



*307022*

**Case Number: 2:23-cv-08231-NJC-LGD**

Legal documents received by One World Judicial Services, Inc. on **11/17/2023** at **10:55 AM** to be served upon **Kernan and Associates Law Group** at 1629 K St., NW, #300, Washington, DC 20006.

I, **Hannah Rus**, swear and affirm that on **November 17, 2023** at **3:52 PM**, I did the following:

Served **Kernan and Associates Law Group** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Disclosure Statement - Federal Rules Civil Procedure 7.1; Amended Complaint; Order to Show Cause; Affirmation in Support of Order to Show Cause; Affidavit in Support of Order to Show Cause; Attachments; Amended Complaint;** to "Jane Doe" as **Receptionist** of Kernan and Associates Law Group at 1629 K St., NW, #300, Washington, DC 20006.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: Sitting Weight: Over 200 lbs Skin Color: Hispanic Hair Color: Brown & Blonde

**Supplemental Data Appropriate to this Service:** I was informed that Patrick Kernan (the registered agent) was not in the office today, and that he only uses this space to come in for appointments. I informed the receptionist that I would be leaving the documents with her, but she refused to provide her name. Thus, I served her as "Jane Doe" and she is described above.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Hannah Rus* (signature)

Hannah Rus
Process Server
One World Judicial Services, Inc.
PO Box 776, 172A Brook Ave.
Deer Park NY 11729
631-667-8260
orders@oneworldjudicial.com

Internal Job
ID:307022

