UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| DAVID GROSSMAN & ASSOCIATES PLLC<br>And DANK CAPITAL SAPI DE CV.<br><br>Plaintiff<br>-against-<br><br>KERNAN AND ASSOCIATES LAW GROUP | AFFIRMATION<br>IN SUPPORT OF EMERGENCY ORDER TO SHOW CAUSE<br><br>2:23-CV-08231-NJC-LGD |

---------------------------------------------------------X

David Grossman, an attorney authorized to practice law in New York affirms the following under the penalties of Perjury:

1. This Affirmation is submitted in support of the previously filed Order to Show Cause along with the annexed Affidavit of Dank Capital LLC and accompanying exhibits.
2. The undersigned, David Grossman, is a New York State resident in the County of Suffolk. He is the sole owner of the one member PLLC, David C. Grossman and Associates, P.C.

Dated: West Islip, New York
November 6, 2023

David Grossman Esq.
Kelly Grossman & Kerrigan PLLC
*For Petitioner*
1248 Montauk Highway
West Islip NY 11795
T 631-864-5585
C 631-459-9241
E dgrossman@kgkfirm.com