# KELLY, GROSSMAN & KERRIGAN, LLP
## ATTORNEYS AT LAW

1248 MONTAUK HIGHWAY
WEST ISLIP NEW YORK 11795
Telephone: (631) 314-4996
Facsimile: (516) 686-6771

DENNIS J. KELLY, ESQ.
DAVID GROSSMAN, ESQ.
ROBERT KERRIGAN, ESQ.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(By Appointment Only)

January 2, 2024

U.S. Eastern District Court
Eastern District of New York
Honorable Nusrat J. Choudhary

Dear Honorable Madam:

    Please be advised that we represent the Plaintiff in the above matter. We respectfully request a phone conference at the court's convenience.

Thank you for your time and consideration in this matter.

Very truly yours,

KELLY, GROSSMAN & KERRIGAN, LLP

David Grossman, Esq.

CC:    Patrick Kiernan – VIA ECF