DocuSign Envelope ID: 7B98BD9C-41D8-4DF7-8780-2107A3494E97

| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
|---|---|---|
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |

RE: 

| | Transaction Number: | "SK2023/PKHC/OCT" |
|---|---|---|
| | Purchase Order: | DGA/KAG/OCT2623/200 |

This Escrow Agreement ("Agreement") is issued on behalf of:



1. **Patrick Kernan Esq**, as the Buyer´s Escrow Agent ("Escrow Agent 1");
   **BTC Wallet:**       3HULEQeQmQeknqcyCNsbnZjTMvzV1Fqa3j
   **Receiving Bitcoins**

2. **David Grossman Esq**, hereinafter referred to as the ("Seller");
   **BTC Wallet:**       bc1q89yvehrpmvkwmjmt2rynncnccrnk8ctqzfjd2r
   **Sending Bitcoins**

3. **Mohammad Akram**, hereinafter, referred to as the "Buyer"); (the "Buyer").
   **BTC Wallet:**       SEE ATTACHMENT
   **Receiving Bitcoins**

Transaction Procedures:

a) Annexed at Exhibit A is the subject Sale and Purchase Agreement ("AGREEMENT' or 'SPA'), the terms of which are incorporated here by reference as if fully set forth herein.

b) In the event of any conflict between the transactional documents and this Agreement, the terms of the transactional agreements shall control as between the parties executing those agreements but the terms of this Agreement shall control as between either or both parties and the Escrow Agent.

c) Upon execution of this Agreement, the parties shall fund Escrow Account (see Section d. below) via wire transfer/TT or other mutually agreeable delivery method unless and until the SPA requires otherwise.

d) Payment pursuant to the Agreement will be made to the Escrow Agent to the following IOLTA Trust (the "Account") maintained by the Escrow Agent upon order placement in order to release the Bitcoins to the Escrow Agent 1 wallet.

   **Bank Name:** Bank of America
   **Bank Address:** NY5-237-01-0l, 41 Veteran's Memorial Highway Commack, NY 11725
   **Account number**: 483051939077
   **Routing number:** 021000322 (paper & electronic) 026009593 (wires)
   **Bank Officer:** Alia Evelyn Long T631.499.2800 F631.462.4726
   CUSTSVC 800.432.1000
   **Email:** alia.evelyn.long@bofa.com
   **Account Name:** David Grossman & Associates, PLLC Customer
   **Address:** 36 Jasmine Lane, Kings Park NY 11754 Customer Tel: 631-459-9241,
   **Customer Email:** dgrossmanesq2000@gmail.com

e)  Upon clearance of funds or before the parties will provide Escrow Agent payment directives, CIS or KYC, the underlying transactional documents and any other due diligence materials the bank(s) may require for compliance.




| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
| --- | --- | --- |
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |

The Parties further agree as follows:

1. Payments from the Account shall be made by Fed Wire as directed reasonably by the parties and in accordance to any delivered agreements.

2. All payments when due will be sent by escrow agent/Seller no more than 2 business days after receiving confirmation. This assumes the escrow agent received good and clean funds indefeasibly into the Account described herein and the release of any and all bank holds on any such funds. All payments to or from the parties under this Agreement shall be from the Account. Notwithstanding the foregoing, the Escrow Agent shall disburse the funds or any part thereof (subject to the same conditions and limitations) as the Parties may jointly direct in writing, including but not limited to purchase a bond or note that may be obtained for purposes of securing further financing.

3. The Escrow Agent/Seller's fees the parties have agreed to $5,000 flat fee per tranche. The Escrow Agent's fee is fully earned on receipt and paid upon the earlier of (a) first disbursement of funds even if funds are returned for any reason or if the Parties cancel the transaction or (b) the expiration of 30 days after the funds are received into escrow.

4. The Escrow Agent/Seller provides no legal advice on the documentation of any transaction, its details or concerning the legal or financial merits of the transaction. Any such advice shall be subject to a further retainer agreement signed by all parties. The Parties agree that, absent such a further written retainer agreement signed by all parties, no attorney-client relationship will be formed.

5. In its performance of services hereunder, the Escrow Agent/Seller cannot and does not warrant results, save as expressly provided herein. Be assured, the Escrow Agent desires to afford the Parties with conscientious and diligent service to achieve solutions consistent with the spirit of this Agreement.
The Escrow Agent will take reasonable steps to keep the Parties informed as to the status of all matters for which the Escrow Agent provides services. The Parties agree to provide timely, complete and accurate information and documentation to the Escrow Agent to enable the Escrow Agent to discharge its duties hereunder.

6. The Escrow Agent/Seller only provides services as a fiduciary to ensure that any funds and instruments deposited into the Account are disbursed or delivered as instructed. The Parties shall provide the Escrow Agent with written instructions that include the amounts to be paid to the Parties, their bank coordinates, their signatures accompanied by appropriate identification such as a passport or a driver's license, their appropriate tax identification number or forms and an attestation by them that the funds transferred to the Escrow Agent are not the proceeds of any illegal activity and will not be used for any such purposes.

7. In following instructions, the Escrow Agent is obligated only to transfer funds and related documents as specified in any written payment instructions. In so doing, the Escrow Agent has the right to rely exclusively upon documents in electronic form provided by the Parties. However, if necessary, the Escrow Agent reserves the right to inspect the originals of any document to verify its authenticity before disbursing any funds.

8. If the conditions herein are not completely fulfilled within ten (10) business days following the receipt of the funds in the Account, the Escrow Agent shall notify all Parties. Within five (5) business days following the transmission of such notice, subject to a change authorized by the Parties, the Escrow Agent will return said funds by bank wire to the bank account from which the deposits were received, less its Escrow Agent Fees incurred up to that date and previously authorized disbursements.

9. The fees payable to the Escrow Agent/Seller will be owed and deemed immediately paid upon the receipt of the individual tranches of any funds deposited by Buyer. The Escrow Agent/Seller Fee shall not depend upon the completion of the underlying transaction or transactions. All fees for the escrow services shall be paid from the funds paid hereunder into the Account.

10. The Escrow Agent shall have no liability to either Party or any third party provided the Payments are faithfully disbursed in accordance with the terms and conditions of this Agreement.

| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
| --- | --- | --- |
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |





11. The Escrow Agent/Seller reserves the right to terminate the transaction and return funds deposited into the Account to the persons from whom the Escrow Agent/Seller has received them if it deems any of the documents, transfers or instructions to be inadequate, ambiguous, illegal or improper. Before doing so, the Escrow Agent/Seller will give any Party an opportunity to address any such concerns. The Escrow Agent/Seller desires to ensure that transfers in fact occur as intended but do not violate any laws. In this regard, the Escrow Agent/Seller reserves the right to make whatever inspections it deems necessary to ensure that any payments, transfers or transactions do not violate of the Foreign Corrupt Practices Act, anti-money laundering laws, counter-terrorism laws or some other similar banking regulations. However, the Escrow Agent/Seller will provide no legal advice or opinions on whether a particular payment, transfer or transaction comports with any such laws and regulations. Rather, the Escrow Agent/Seller reserves the right to conduct appropriate due diligence to assure itself that there have been no such violations. If the Escrow Agent/Seller concludes that there may be a violation of any such laws, it reserves the unfettered right to terminate the transaction and return all funds or instruments delivered.

12. The entitlement to fees or other benefits under this Agreement covers the initial transaction described above, as well as any other future business transactions entered into by the Parties where the Escrow Agent/Seller is designated as such on relevant contract documents, including all extensions and rollovers, unless either of the Parties indicate to each other that on a particular Transaction that this Agreement shall not apply.

13. After the Escrow Agent's services conclude, the Escrow Agent/Seller will, upon the Parties request and payment of copying costs, deliver any original documents, along with any funds or property of yours, in the Escrow Agent's possession. Unless the Escrow Agent notifies the Parties otherwise in writing, the Escrow Agent will retain the Parties' original documents for a period of 90 days after the Escrow Agent/Seller closes its file. At the expiration of the 90-day period, the Escrow Agent/Seller may destroy these original documents unless a Party notifies the Escrow Agent/Seller in writing that it wishes to take possession of them.

14. The Parties agree to indemnify the Escrow Agent and hold it harmless for all claims whether civil or criminal that may be asserted by third parties arising out of its performance of this Agreement. The Escrow Agent's right to indemnity includes the right to be reimbursed for any legal fees incurred in defending such claims, even if no judgment or decree is entered against the Escrow Agent. Notwithstanding the above, the Escrow Agent/Seller is the only person civilly and criminally responsible for the delivery of the Bitcoins to be sent to Escrow Agent 1, and must ensure that the Bitcoins sent to Escrow Agent 1 are of clean and non-criminal origin.

15. The Parties have the right to consult with an independent attorney regarding the terms of this Agreement, and the Escrow Agent/Seller urges them to do so. In signing this Agreement, each Party acknowledges that the Escrow Agent has requested each Party to seek independent legal or business advice with respect to this Agreement, and that each Party has either (i) sought and obtained such advice or (ii) has knowingly refrained from doing so.

16. The Parties shall send a copy to the Escrow Agent/Seller of any other relevant available documentation (such as associated sale and purchase agreements) as soon as possible upon the written request of the Escrow Agent/Seller. The Parties shall make all reasonable endeavors to obtain copies of such documentation requested by the Escrow Agent.

17. The Payments will be made by the Escrow Agent/Seller without protest, significant delay or deductions, other than standard bank charges. The transfer of the Bitcoins must be completed within maximum 30 minutes form the payment sent to by the Escrow Agent 1 to the bank account of Escrow Agent/Seller.

18. The Parties agree that the Escrow Agent/Seller assumes full responsibility for the successfully delivery of the Bitcoins to the Escrow Agent 1 BTC wallet. In case the Bitcoins are not delivered as indicated in this document, the funds received form the Escrow Agent 1, must be returned to the Escrow Agent 1 by urgent wire transfer the same banking business day.

19. Nothing in this Agreement shall be construed as creating any form of partnership or employee/employer relationship between the Parties. Even though the Escrow Agent is an attorney at law, the Escrow Agent provides escrow and guarantee of delivery of the Bitcoins including Bitcoin payment that must be sent to the Escrow Agent 1.

| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
|---|---|---|
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |



20. This Agreement shall be valid, legally binding and enforceable even if any of the specific details of the Transactions, or the relevant transaction codes, are changed by the banks involved or by any of the Parties at any point during the Transactions. However, the Parties shall be entitled to change their bank coordinates at any time upon reasonable written notice to the Escrow Agent.

21. In connection with any litigation, including appellate proceedings, the prevailing Party shall be entitled to recover reasonable attorneys' fees and costs. In the case of the Escrow Agent 1 initiating an interpleader action, the reasonable attorneys' fees and costs of the Escrow Agent shall be paid from the funds in the Account, upon approval of the court.

22. The Parties both indemnify, defend and hold harmless the Escrow Agent 1 from any and all claims, suits, judgments or demands arising out of this Agreement, or any other agreement made by either or both of the Parties, their officers, directors, agents, or employees or its successors in interest, heirs, administrators, assigns, or any person not a party to this Agreement, including any competent governmental authority, as long as the Escrow Agent 1 faithfully disburses all sums in accordance with the terms and conditions of this Agreement.

23. These instructions, and any subsequent written instructions or modifications given mutually by the Parties to the Escrow Agent in connection herewith and accepted by the Escrow Agent, shall constitute the complete escrow instructions, notwithstanding any other agreement which the third parties may have concerning the subject matter hereof. The Escrow Agent shall have no duty to construe or determine the performance or nonperformance of any term or condition of any contract or agreement between the Parties (or between either Party and any third parties), and the duties and responsibilities of the Escrow Agent are limited to those specifically stated herein.

24. This Agreement and the instructions contained herein shall be construed in accordance with the laws of the State of New York without regard to its conflict of laws doctrines. By execution of this Agreement, the Parties hereby expressly consent to personal jurisdiction and venue in the State of New York, County of New York, and that all claims or actions arising out of this Agreement shall be brought in a competent court in said county. The Parties each expressly waive personal jurisdiction and venue in any other court.

29. The Parties confirm they have no objection to any of the Parties assigning the fees they receive under the Transaction, in part or in whole, however, notice of this shall be first given in writing to the Escrow Agent, no less than 3 banking days prior to the proposed payment to the assignee of a Party's fees.
Any such assignee must consent to the terms of this Agreement in writing and provide the Escrow Agent with any AML compliance that the Escrow Agent might request. The Escrow Agent reserves the right not to make a payment to any assignee if the Escrow Agent is unsatisfied with the assignee's AML compliance.

30. Electronic or faxed transmission of the signed version of the Agreement shall be valid, legally binding and enforceable in respect of all its provisions. However, any Party may demand the original of any such document. However, the demand for any such document shall neither excuse nor delay performance by any Party, unless the receipt of such originals is a condition for payment or other performance under the Agreement.

31. Payments shall be paid in the full amount and not in installments unless otherwise permitted herein.

32. This Agreement is solely for the benefit of the Parties to this Agreement, and no other person or entity. To the extent that any Party is acting on behalf of another person or entity, the Escrow Agent's duties hereunder shall only extend to the Parties to this Agreement; and not to the persons or entities that a Party might represent. For example, to the extent that a Party is a corporation, the Escrow Agent's duties shall extend only to the Party corporation, and not to its shareholders, officers or directors.

33. All persons executing this Agreement on behalf of a governmental agency, trust, corporation, partnership or limited liability party hereby represent and warrant that they have the requisite authority to execute this Agreement. The Escrow Agent may request further proof of such authority.

34. The Parties may cancel this Agreement with 1 (one) day's written notice to the Escrow Agent/Seller; however, (the escrow agent 1) shall remain entitled to any funds due to it up to the effective date of such termination, and Escrow Agent/Seller must return the funds received with a maximum of 24 hrs.

[Type here]    **CONFIDENTIAL**    [Type here]

| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
|---|---|---|
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |

35. Prior to the disbursement of any funds, the Parties shall provide the Escrow Agent with the appropriate tax identification numbers and forms. If in the Escrow Agent's opinion, local tax law requires the Escrow Agent to withhold funds otherwise payable to a Party, the Escrow Agent shall do so in the amount required by law unless the Party produces an opinion of a lawyer or an accountant indicating that such withholding is not required.

36. The Escrow Agent may, but is not required, to hold funds in an interest-bearing account.

37. The Escrow Agent is authorized to provide to its bank, any and all contracts and information required by that bank to comply with any bank regulation and laws, including bank secrecy acts, anti-money laundering statutes and the like. The Escrow Agent will use his best efforts to assure that the bank receives the documents in confidence. However, the Escrow Agent will not refuse to produce such documents for its bank which are sought for these purposes. Copies of all documents provided to the Escrow Agent's bank will be made available to all of the Parties 24 hours prior to their disclosure to the bank. The Escrow Agent shall not be liable for any loss to any Party arising out of its compliance with the provisions of this paragraph.

38. The Parties have the right to consult with another attorney regarding the terms of this agreement, and the Escrow Agent urges each Party to do so. In signing this Agreement, each Party acknowledges that the Escrow Agent has requested that each Party seek independent legal or business advice with respect to this Agreement, and that each Party has either sought and obtained such advice or has knowingly refrained from doing so.

By this letter we confirm that we are ready, willing and able to deliver the total quantity of ฿ 250 Bitcoins from our Bitcoin provider.

All Bitcoins will be sent to your escrow wallet for further distribution to the investor, legal consultants, consultants and brokers. Having your BTC wallet as:

Kernan & Associates Law Group: 3HULEQeQmQeknqcyCNsbnZjTMvzV1Fqa3j.

The funds received from you, will remain in our custody as collateral, and could be released to the bitcoin provider, only after the blockchain reflects 10 confirmations of reception of the Bitcoins into your wallet, or if we receive from you a confirmation letter.

Bitcoins will be transferred immediately once funds are received at our custodial bank account at Bank of America as described as follow:

**PARTY**

| Escrow Agent 1 | Escrow Agent 2 |
|---|---|
| Kernan & Associates Group PLLC Patrick Kernan Esq 1129 K St. NW, Ste 300, Washington DC 20006 (202)7599912 *Signature* | David Grossman & Associates, PLC, David Grossman Esq 36 Jasmine Lane, Kings Park NY 11754 dgrossmanesq2000@gmail.com *Signature* |
| *[Signed: Patrick Kernan Esq]* 7D38FC45F5C94C4... | *[Signed]* A90DF9C0470C4D1... |
| 10/27/2023 | 10/27/2023 |

| Buyer | Seller |
|---|---|
| GPH Asia Pte Represented by: Mohammad Akram Address: 135 Edgedale Plains #02-92 Singapore 820135 ceogph@proton.me *Signature* | *[Signed]* 6C5BC2BADB5B43A... 10/27/2023 |
| *[Signed: GPH Asia Pte]* 9C6813EE7BD74AF... 10/27/2023 | E. F. Ojeda Vargas |
| on behalf | |

[Type here]   **CONFIDENTIAL**   [Type here]



| Joint Escrow Agreement | Escrow Agent 1 | Escrow Agent 2 |
|---|---|---|
| Escrow Attorney | Kernan & Associates Group PLLC Patrick Kernan Esq | David Grossman & Associates, PLC, David Grossman Esq |
| Address | 1129 K St. NW, Ste 300, Washington DC 20006 | 36 Jasmine Lane, Kings Park NY 11754 |
| Contact Details | (202)7599912 | dgrossmanesq2000@gmail.com |

# WALLETS ANNEX

| INVOICE NRO. | SP/102023/002 |
|---|---|
| TRANSACTION NUMBER | SK2023/PKHC/OCT |
| Purchase Order: | DGA/KAG/OCT2623/200 |

**WALLET INSTRUCTIONS FOR TRANSFERS:**

| TEST 1-2/50 | | | $ 6,724,000 | | |
|---|---|---|---|---|---|
| BTC Price Ref | | | $ 34,200 | | |
| **BTC Qty** | | | ₿ 196.608187 | | |
| **Fees** | | | | | Beneficiary |
| **Main Quantity** | 100.00% | ₿ 196.61 | $ 6,724,000 | | **CLIENT** |
| 3LZs9qk7XfX9Jifkc78LDa1GCNVMkb1zKG | Total to send | ₿ 196.6082 | | | |
| | | | | | |
| **Buyer Net 1** | 4.00% | ₿ 7.86 | $ 268,960 | | **CLIENT** |
| 3DkaQ8rQwgoMWctQ37iy4BLmkEz6zoJPD7 | Total to send | ₿ 7.8643 | | | |

| **Fees** | | | | | |
|---|---|---|---|---|---|
| **Buyer Side Fees** | 1.00% | ₿ 1.97 | $ 67,240 | | Consults |
| 3QzMDeaLgEy21bqH4PJrFKe3R5MhLESajY | Total to send | ₿ 1.9661 | | | |
| **Seller Side** | 1.00% | ₿ 1.97 | $ 67,240 | | Closed |

10/27/2023

[Type here]    **CONFIDENTIAL**    [Type here]

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 7B98BD9C41D84DF787802107A3494E97 | | Status: Completed |
| Subject: OCT27 Joint Escrow Agreement | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 4 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 22 | P Kang |
| AutoNav: Enabled | | pkang@inbox.lv |
| EnvelopeId Stamping: Enabled | | IP Address: 79.116.109.116 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: P Kang | Location: DocuSign |
| 10/27/2023 6:27:48 AM | pkang@inbox.lv | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| David Grossman<br>dgrossmanesq2000@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>[signature]<br>A90DF9C0470C4D1...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 217.146.82.229<br>Signed using mobile | Sent: 10/27/2023 6:43:23 AM<br>Viewed: 10/27/2023 7:26:33 AM<br>Signed: 10/27/2023 7:27:27 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 10/27/2023 7:26:33 AM<br>    ID: c495ed5b-4528-4ca3-a537-bf9bc6fa5280 | | |
| GPH Asia Pte<br>masterboard@inbox.lv<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>GPH Asia Pte<br>9C6813EE7BD74AF...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 79.116.99.116 | Sent: 10/27/2023 6:43:21 AM<br>Resent: 10/27/2023 7:38:33 AM<br>Viewed: 10/27/2023 8:16:28 AM<br>Signed: 10/27/2023 8:18:20 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 10/27/2023 8:16:28 AM<br>    ID: 6383498c-7d1d-44f2-a69a-73af0e6c72be | | |
| Mr. E.F. Ojeda Vargas<br>Eojeda@dank.capital<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>[signature]<br>6C5BC2BADB5B43A...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 187.192.12.6 | Sent: 10/27/2023 7:38:34 AM<br>Viewed: 10/27/2023 7:45:52 AM<br>Signed: 10/27/2023 7:54:07 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 10/27/2023 7:45:52 AM<br>    ID: cde9aea4-ffae-40ec-9f00-96571961c12d | | |
| Patrick Kernan Esq<br>pkernan@kernanandassociateslawgroup.com<br>Kernan and Associates Law Group<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>Patrick Kernan Esq<br>7D38FC45F5C94C4...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 108.31.216.200 | Sent: 10/27/2023 6:43:22 AM<br>Viewed: 10/27/2023 6:45:05 AM<br>Signed: 10/27/2023 6:50:42 AM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 10/27/2023 6:45:05 AM<br>    ID: cba63d42-d10d-4f77-a048-9edf545cd5ea | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/27/2023 6:43:23 AM |
| Envelope Updated | Security Checked | 10/27/2023 7:38:33 AM |
| Envelope Updated | Security Checked | 10/27/2023 7:38:33 AM |
| Envelope Updated | Security Checked | 10/27/2023 7:38:33 AM |
| Envelope Updated | Security Checked | 10/27/2023 7:38:33 AM |
| Certified Delivered | Security Checked | 10/27/2023 6:45:05 AM |
| Signing Complete | Security Checked | 10/27/2023 6:50:42 AM |
| Completed | Security Checked | 10/27/2023 8:18:20 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/27/2023 6:44:45 AM
Parties agreed to: David Grossman, GPH Asia Pte, Mr. E.F. Ojeda Vargas, Patrick Kernan Esq

Case 2:23-cv-08231-NJC-LGD    Document 23-3    Filed 01/08/24    Page 9 of 11 PageID #: 201

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, P Kang (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact P Kang:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: pkang@inbox.lv

**To advise P Kang of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at pkang@inbox.lv and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from P Kang**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to pkang@inbox.lv and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with P Kang**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to pkang@inbox.lv and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: [https://support.docusign.com/guides/signer-guide-signing-system-requirements](https://support.docusign.com/guides/signer-guide-signing-system-requirements).

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify P Kang as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by P Kang during the course of your relationship with P Kang.