

# Public Service Trust - 0326

## Summary

Available balance (as of today): **$7,600,107.65**
What does this include?

Account balance history »

| | |
|---|---|
| **Features** | |
| Payroll services: | Enroll |
| Account management: | Enroll |
| More features » | |

| | |
|---|---|
| **Services** | |
| Scan checks to de... | |
| Order checks/dep... | |
| Stop payment a... | |
| More services » | |

### Activity | Statements & Documents | Information & Services

All Transactions ▸   View Spending & Budgeting

Enter keyword, amount or mm/dd/yyyy   🔍   More options ▸

Newest | Next | Previous | Oldest

Download ▸ | Print this view

| Date ↓ | Description | Type ▸ | Status ▸ | Amount | Available Balance |
|---|---|---|---|---|---|
| 10/23/2023 | WIRE TYPE:WIRE IN DATE: 231023 TIME:1310 ET. TRN:20231023003979l0... | | C | 7,600,000.00 | 7,600,107.65 |

Share Your Feedback