


Patrick B. Kernan
Attorney at Law
1629 K Street NW, Ste 300
Washington, DC 20006
(202) 759-9912
Admitted DC

# KERNAN AND ASSOCIATES

## WALLETS CONFIRMATION LETTER

## Invoice 2

To: David Grossman Esq / Eduardo Ojeda.

Dear David,

I, Patrick Kernan Esq, on behalf of Kernan and Associates Law Group, under penalty of perjury, attest that the payment of **$4,437,840.00** that were transferred to the Escrow account of **Dr. David Grossman** at BANK OF AMERICA, account No. **483051939077** Routing **021000322** by Transaction Nro. SP2023/DGAPKHC/OCT dated October 31 2023, from our Escrow Account at BANK OF AMERICA Nro. **2260 0425 0326**, Routing Number: **026009593** Account Name: **DC IOLTA Trust Accounts Kernan and Associates Law Group, LLP** are funds clean, clear and of non-criminal origin.

The first stage for purchase for **$2,218,920.00** is paid. To be delivered ₿68.7276 received ₿63.550.

This second stage for purchase for **$4,437,840** is paid. To be delivered ₿135.4573 received ₿( TBA)

All payments have been fully transferred to David Grossman Esq Escrow account as detailed in this letter and next transfer is based on Seller performance. The third tranche is planned to be for **$7,600,107.00** approximately but depends market price at the moment of the transfer.

All installments must be delivered to the Kraken Escrow Wallet of Kernan and Associates Law Group indicated as follows:

| INVOICE NO.: SP/102023/003 | DATE 31/10/2023 |
|---|---|
| TRANSACTION NUMBER: | SK2023/DGAPKHC/OCT |
| PURCHASE ORDER: | DGA/KAG/OCT3123/200 |

| INSTALLMENT | ITEM TO DELIVER | PRICE REFERENCE | PAYMENT DETAILS / DELIVERY DETAILS ||||
|---|---|---|---|---|---|---|
| | | | Beneficiary | Percentage | Equivalent in BTC ||
| $4,437,840.00 | Bitcoin (BTC) | $34,400/BTC | Buyer Main Wallet | 100.00% | ₿ 129.0070 |
| | | | Buyer Net Discount | 4.00% | ₿ 5.1603 |
| | | | Buyer Side Fees Wallet | 1.00% | ₿ 1.2901 |

**ALL PAYMENTS TO THE FOLLOWING WALLET:**

3Mo9SX6yyaRCpZaHABxSLoubLW2W32yjVN

| | Main Amount: | ₿ 129.0070 |
|---|---|---|
| | Discount: | ₿ 5.1603 |
| | Fees: | ₿ 1.2901 |

KRAKEN ESCROW WALLET OF KERNAN AND ASSOCIATES LAW GROUP
ALL PAYMENTS IN BITCOIN
QR CODES: VERIFIED ✓
ACTIVE WALLETS: VERIFIED ✓

Bitcoin transfer must be completed before 14:00 hrs on October 31, 2023

All information in this letter has been thoroughly checked, verified and authenticated. Payments go directly to the Escrow Wallet of Kraken Escrow Wallet of Kernan and Associates Law Group.

| Patrick Kernan Esq | Friday, October 31, 2023 | *Patrick kernan Esq* | Signature |
| Kernan and Associates Law Group | 10/31/2023 | DocuSigned by: 7D38FC45F5C94C4... | |

| David Grossman Esq | Friday, October 31, 2023 | | Signature |

| Eduardo Ojeda | Friday, October 31, 2023 | | Signature |
| On behalf of DANK Group | 10/31/2023 | DocuSigned by: | |

