

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID GROSSMAN AND ASSOCIATES,
PLLC, and DANK CAPITAL SAPI DE CV,

                      Plaintiffs,                  **JUDGMENT**
                                                                           CV 23-8231 (NJC) (LGD)

   - against -

KERNAN AND ASSOCIATES LAW GROUP,

                      Defendant.
---------------------------------------------------------------X

      A Minute Order of the Honorable Nusrat J. Choudhury, United States District Judge, having been filed on September 24, 2024; granting Defendant's Motion to Dismiss pursuant to Rule 12(b) (6); dismissing this case; and respectfully directing the Clerk of Court to enter judgment and close the case, it is

      **ORDERED AND ADJUDGED** that Plaintiffs David Grossman and Associates, PLLC, and Dank Capital Sapi DE CV nothing of Defendant Kernan and Associates Law Group; that Defendant's Motion to Dismiss is granted; that this case is dismissed; and this case is closed.

Dated: September 25, 2024
       Central Islip, New York

                                                                                BRENNA B. MAHONEY
                                                                                CLERK OF COURT

                                                                                By: /s/ James J. Toritto
                                                                                Deputy Clerk